WILLIAM BECKNER et al. v. STATE.

No. A-4783. Opinion Filed Feb. 21, 1925.
(233 Pac. 496.)

(Syllabus.)

Appeal and Error—Failure to File Brief—Affirmance. Where a felony case is duly appealed in this court, and no briefs are filed for the

plaintiff in error, the court will examine the record and, if no prejudicial error appears, affirm the case.

Appeal from District Court, Oklahoma County; James I. Phelps, Judge.

William Beckner and Celia Johnson were convicted of adultery, and they appeal. Affirmed.

J. Q. A. Harrod, for plaintiffs in error.

George F. Short, Atty. Gen., for the State.

EDWARDS, J. The appeal in this case was filed on July 28, 1923, and no briefs have been filed either for the plaintiffs in error or the state.

We have examined the record and find no prejudicial error, and the case is therefore affirmed.

BESSEY, P. J., and DOYLE, J., concur.